**96–2509.   State v. White.**
Ashland App. No. 96–COA–01182.   Reported at 82 Ohio St.3d 16, 693 N.E.2d 772.   On motion for reconsideration.   Motion denied.

**97–797.   State ex rel. Wilson–Simmons v. Lake Cty. Sheriff's Dept.**
In Mandamus.   Reported at 82 Ohio St.3d 37, 693 N.E.2d 789.   On motion for reconsideration. Motion denied.

**97–2182.   Disciplinary Counsel v. Kurtz.**
Reported at 82 Ohio St.3d 55, 693 N.E.2d 1080.   On motion for reconsideration and on motion for stay.   Motions denied.

**98–524.   State v. Ingram.**
Montgomery App. No. 16783.   Reported at 82 Ohio St.3d 1411, 694 N.E.2d 75.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–540.   Earley v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 73003.   Reported at 82 Ohio St.3d 1412, 694 N.E.2d 75.   On motion for reconsideration.   Motion denied.

**98–585.   Wellman Seeds, Inc. v. Delphos.**
Van Wert App. No. 15982.   Reported at 82 Ohio St.3d 1412, 694 N.E.2d 75.   On motion for reconsideration.   Motion denied.

**98–612.   Stevens v. Finley.**
Montgomery App. No. 16856.   Reported at 82 Ohio St.3d 1413, 694 N.E.2d 75.   On motion for reconsideration.   Motion denied.